ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 3 0 2005

at __10__ o'clock and __30__ min. __a__ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**DOUGLAS MARTIN SECOR**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:02CR00104-001**
USM Number: 09670-112

**Michael Weight, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✔]   admitted guilt to violation of conditions 21 U.S.C. §§ 841(a)(1) and 846; 18 U.S.C. §§ 1956(h) and (a)(1)(B)(I); and the General Condition of the term of supervision.
[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Subject pled guilty to a 2-Count criminal Information charging him with drug distribution and conspiracy | 11/5/04 |

    The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Residence Address:
**Haleiwa, Hawaii 96712**
**(Currently at FDC Honolulu)**

Defendant's Mailing Address:
**Haleiwa, Hawaii 96712**
**(Currently at FDC Honolulu)**

NOVEMBER 23, 2005
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

NOV 29 2005
Date

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00104-001 | Judgment - Page 2 of 2 |
| DEFENDANT: | DOUGLAS MARTIN SECOR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY SEVEN (27) MONTHS .

This term consists of TWENTY SEVEN (27) MONTHS, to be served consecutively to the sentence imposed under Criminal No. CR 04-0860-JM in California.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
1) Camp at Lompoc, if and when eligible; 2) Terminal Island.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal