C: AO94A (Rev. 10/03) Warrant for Arrest

USM
PTS
USPO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 26 2007

at _____ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

(01) DOUGLAS MARTIN SECOR
59-470 Aukauka Pl.
Haleiwa, HI 96712
   (Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 02-00104SOM

2004 DEC -6  PM 1:3

U.S. MARSHAL'S HAWAII
HONOLULU, HI

RECEIVED

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) Douglas Martin Sector and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer/Deputy Clerk

December 03, 2004 at Honolulu, Hawaii
Date and Location

Bail Fixed at NONE          By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  11-23-05 | | |